U.S. DISTRICT COURT
EASTERN DISTRICT COURT
FILED
2018 MAY -1 P 3: 05
STEPHEN C. DRIES
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUSTIN M. GILLIS,
AMEDEE MATHEW O'GORMAN, and
ANDREW S. PEIN,

    Defendants.

Case No. 18-CR-089

[18 U.S.C. §§ 1951, 924(c), & 2]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about February 27, 2018, in the State and Eastern District of Wisconsin,

**JUSTIN M. GILLIS,
AMEDEE MATHEW O'GORMAN, and
ANDREW S. PEIN**

did unlawfully obstruct, delay, and affect commerce by robbery, in that the defendants unlawfully took and obtained articles and commodities in interstate commerce, to wit: drugs and drug proceeds, from at least one individual by means of actual and threatened force, violence, and fear of injury to his person.

All in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 27, 2018, in the State and Eastern District of Wisconsin,

**JUSTIN M. GILLIS,
AMEDEE MATHEW O'GORMAN, and
ANDREW S. PEIN**

knowingly used, carried, and brandished a firearm during and in relation to a crime of violence, namely robbery as charged in Count One of this Indictment.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. At all times material to this Indictment, the Kwik Trip gas station, located at W188 N10963 Maple Road, in Germantown, Wisconsin, was a business engaged in the purchase and sale of articles and commodities in interstate commerce.

2. On or about March 3, 2018, in the State and Eastern District of Wisconsin,

**JUSTIN M. GILLIS**

did unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery in that the defendant did unlawfully take and obtain U.S. currency belonging to Kwik Trip from and in the presence of an employee of the gas station against his will by means of actual and threatened force, violence, and fear of injury.

All in violation of Title 18, United States Code, Section 1951(a).

3

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

1. At all times material to this Indictment, the Village Mart store, located at W213 N16770 Glen Brooks Drive, in Jackson, WI store, was a business engaged in the purchase and sale of articles and commodities in interstate commerce.

2. On or about March 5, 2018, in the State and Eastern District of Wisconsin,

**JUSTIN M. GILLIS**

did unlawfully attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery in that the defendant did unlawfully attempt to take and obtain U.S. currency belonging to Village Mart from and in the presence of employees of the store against their will by means of actual and threatened force, violence, and fear of injury.

All in violation of Title 18, United States Code, Section 1951(a).

4

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. At all times material to this Indictment, the Petro Quick Mart store, located at 1502 East Sumner Street, in Hartford, Wisconsin, was a business engaged in the purchase and sale of articles and commodities in interstate commerce.

2. On or about March 5, 2018, in the State and Eastern District of Wisconsin,

**JUSTIN M. GILLIS**

did unlawfully attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery in that the defendant did unlawfully attempt to take and obtain U.S. currency from the Petro Quick Mart from and in the presence of an employees of the store against his will by means of actual and threatened force, violence, and fear of injury.

All in violation of Title 18, United States Code, Section 1951(a).

## FORFEITURE NOTICE

Upon conviction of the offense in violation of Title 18, United States Code, Section 924(c) as set forth in Count Two of this Indictment, the defendants shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition, including, but not limited to:

a. a black Mossberg 12 gauge shotgun bearing serial number L076179;

b. a black Ruger .22 caliber semi-automatic handgun bearing serial number 15-24700; and

c. multiple rounds of 9mm and 12 gauge ammunition.

A TRUE BILL:

███████████████

FOREPERSON

Dated: 5/1/18

_Kelly B Muylu_
for MATTHEW D. KRUEGER
United States Attorney

6